```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 08842
   CAROLYN F GRISSOM
   ALVIS A GRISSOM                           CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER
         Debtor
   SSN XXX-XX-0144    SSN XXX-XX-9448

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 04/11/2008 and was not confirmed.

     The case was dismissed without confirmation 10/16/2008.
-----------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------

WASHINGTON MUTUAL BANK    CURRENT MORTG       .00         .00            .00
WASHINGTON MUTUAL BANK    MORTGAGE ARRE   13144.54        .00            .00
WACHOVIA DEALER SERVICES  SECURED VEHIC   15000.00        .00            .00
COOK COUNTY TREASURER     SECURED NOT I       .00         .00            .00
LIGHTHOUSE FINANCIAL GRO  SECURED VEHIC    1600.00        .00            .00
STATE FARM INSURNACE      SECURED NOT I       .00         .00            .00
CITY OF CHICAGO WATER DE  SECURED NOT I       .00         .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         444.13        .00            .00
LIGHTHOUSE FINANCIAL GRO  UNSECURED         587.03        .00            .00
PRO SE DEBTOR             DEBTOR ATTY         .00                        .00
TOM VAUGHN                TRUSTEE                                        .00
DEBTOR REFUND             REFUND                                         .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                   .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00
                     --------------       --------------
TOTALS                    .00                   .00




            PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 08842 CAROLYN F GRISSOM & ALVIS A GRISSOM
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/27/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |